in favor of defendant Dalton entered upon a decision of the couru on trial at Special Term.

*Julius M. Mayer* and *Abraham S. Gilbert* for appellant.

*James Kearney* for plaintiff, respondent.

*J. Arthur Corbin* and *John J. Hynes* for defendant, respondent.

Judgment affirmed, with costs to the defendant corporation only, payable out of the fund ; no opinion.

Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THEODORE BAUMEISTER, Respondent, *v.* FRANK DEMUTH, Appellant.

*Baumeister* v. *Demuth*, 84 App. Div. 394, affirmed.
(Argued May 11, 1904; decided May 31, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1903, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial.

*Edward W. S. Johnston* and *Edward P. Orrell* for appellant.

*Samson Lachman* and *Theodore Baumeister* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JULIUS MANHEIM, Respondent, *v.* MICHAEL SEITZ, Appellant.

*Manheim* v. *Seitz*, 83 App. Div. 634, affirmed.
(Argued May 12, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

May 4, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*J. J. Bennett* for appellant.

*John F. Carew* and *Thomas F. Magner* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.

---

THE BATH GAS LIGHT COMPANY, Appellant, *v.* JOHN T. ROWLAND, Respondent.

*Bath Gas Light Co.* v. *Rowland,* 84 App. Div. 563, affirmed.
(Argued May 12, 1904; decided May 31, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1903, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

*James McKeen* for appellant.

*Charles D. Ridgway* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.

Concur : PARKER, Ch. J., GRAY, BARTLETT, VANN and WERNER, JJ. Dissenting : O'BRIEN, J. Not voting : MARTIN, J.

---

THEODORE KOSLOVKI, Appellant, *v.* INTERNATIONAL HEATER COMPANY, Respondent.

*Koslovki* v. *International Heater Co.,* 75 App. Div. 60, affirmed.
(Argued May 13, 1904; decided May 31, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 31, 1902, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.